```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     CASE NO. 20-CV-23278-DPG


 UNITED STATES OF AMERICA,              Miami, Florida

      Plaintiff,                        February 21, 2024

         vs.                            10:11 a.m. to 10:14 a.m.

 REAL PROPERTY LOCATED AT 7505
 and 7171, Forest Lane Dallas,
 Texas.                                 Pages 1 to 6

      Defendant.
_____


                 TELEPHONIC STATUS CONFERENCE
             BEFORE THE HONORABLE DARRIN P. GAYLES
                  UNITED STATES DISTRICT JUDGE

 APPEARANCES:

 FOR THE PLAINTIFF:        SHAI BRONSHTEIN, ESQ.
                           U.S. DEPARTMENT OF JUSTICE
                           INTERNATIONAL UNIT, MONEY LAUNDERING
                           AND ASSET RECOVERY
                           Washington, DC

 FOR THE DEFENDANT:        HOWARD SREBNICK, ESQ.
                           ZAHARAH MARKOE, ESQ.
                           ROBERT DUNLAP, ESQ.
                           BLACK SREBNICK
                           201 S. Biscayne Boulevard
                           Suite 1300
                           Miami, Florida


 STENOGRAPHICALLY REPORTED BY:

                           PATRICIA DIAZ, FCRR, RPR, FPR
                           Official Court Reporter
                           United States District Court
                           400 North Miami Avenue
                           11th Floor
                           Miami, Florida 33128
                           (305) 523-5178
```

1            (Call to the Order of the Court.)
2            COURTROOM DEPUTY:  Calling case 20-CV-23278, United
3   States of America versus Real Property Located at 7505 and 7171
4   Forest Lane, Dallas, Texas.
5            Counsel, please state your name, starting with the
6   plaintiff.
7            MR. BRONSHTEIN:  Good morning, Your Honor, this is Shai
8   Bronshtein on behalf of the United States.
9            MR. SREBNICK:  Good morning, Judge, this is attorney
10  Howard Srebnick, together with Rob Dunlap and Zaharah Markoe.
11  We represent the plaintiffs.
12           THE COURT:  All right.  Good morning.  We set this down
13  for status conference to see where we are.
14           Why don't we hear first from the government and then
15  I'll hear from Mr. Srebnick.
16           MR. BRONSHTEIN:  Thank you, Your Honor.
17           This is Shai Bronshtein again.
18           The Court stayed this case back in August and had set
19  this status conference then.  Since then, Magistrate Judge
20  Goodman had, in December, lifted the stay to allow briefing on
21  the motion to dismiss.
22           At this point, the briefing has been completed, and we
23  anticipate that Judge Goodman will either decide the motion or
24  have argument at some point, and that briefing was completed in
25  January.

1              So, at this point we, you know, would view that
2    the stay should --
3              THE COURT STENOGRAPHER:  I'm sorry, with the dog
4    barking I couldn't hear the end of that statement.
5              MR. BRONSHTEIN:  So we would ask just that the stay
6    remain in place other than the limited purpose of the motion to
7    dismiss as decided by Judge Goodman, and it will make sense to
8    reconvene at some point after that motion is decided.
9              THE COURT:  All right.  Mr. Srebnick.
10             MR. SREBNICK:  That makes sense to us, Judge, to await
11   Magistrate Judge Goodman's decision.
12             THE COURT:  All right.  We will keep the stay in place,
13   except for, of course, the resolution of the motions and then
14   the parties will -- well, depending on how that comes out, the
15   parties will let me know whether or not we need to re-open the
16   case and how best to proceed.
17             All right.  Anything else today on behalf of the
18   Government?
19             MR. BRONSHTEIN:  Nothing from us, Your Honor.
20             Thank you.
21             THE COURT:  Anything else on behalf of the plaintiffs?
22             MR. SREBNICK:  No, Your Honor.
23             THE COURT:  All right.  Then we will be in recess.
24             Thank you.
25             MR. SREBNICK:  Thank you, Your Honor.  Have a good day.

```
 1            MR. BRONSHTEIN:  Thank you.
 2            THE COURT:  I believe that concludes the status
 3   conference calendar.
 4            (Proceedings were concluded at 10:14 a.m.)
 5
 6
 7
                          C E R T I F I C A T E
 8
 9
              I hereby certify that the foregoing is an
10
     accurate transcription of the proceedings in the
11
     above-entitled matter.
12
13
14
15
     February 27, 2024      /s/Patricia Diaz
16   DATE                   PATRICIA DIAZ, FCRR, RPR, FPR
                            Official Court Reporter
17                          United States District Court
                            400 North Miami Avenue, 11th Floor
18                          Miami, Florida 33128
                            (305) 523-5178
19
20
21
22
23
24
25
```

## /

**/s/Patricia** [1] - 4:15

## 1

**1** [1] - 1:8
**10:11** [1] - 1:6
**10:14** [2] - 1:6, 4:4
**11th** [2] - 1:24, 4:17
**1300** [1] - 1:19

## 2

**20-CV-23278** [1] - 2:2
**20-CV-23278-DPG** [1] - 1:2
**201** [1] - 1:18
**2024** [2] - 1:5, 4:15
**21** [1] - 1:5
**26** [1] - 4:15

## 3

**305** [2] - 1:25, 4:18
**33128** [2] - 1:24, 4:18

## 4

**400** [2] - 1:23, 4:17

## 5

**523-5178** [2] - 1:25, 4:18

## 7

**7171** [2] - 1:7, 2:3
**7505** [2] - 1:7, 2:3

## A

**a.m** [3] - 1:6, 4:4
**above-entitled** [1] - 4:11
**accurate** [1] - 4:10
**allow** [1] - 2:20
**America** [1] - 2:3
**AMERICA** [1] - 1:4
**AND** [1] - 1:16
**anticipate** [1] - 2:23
**APPEARANCES** [1] - 1:13
**argument** [1] - 2:24
**ASSET** [1] - 1:16
**AT** [1] - 1:7
**attorney** [1] - 2:9
**August** [1] - 2:18

**Avenue** [2] - 1:23, 4:17
**await** [1] - 3:10

## B

**barking** [1] - 3:4
**BEFORE** [1] - 1:11
**behalf** [3] - 2:8, 3:17, 3:21
**best** [1] - 3:16
**Biscayne** [1] - 1:18
**BLACK** [1] - 1:18
**Boulevard** [1] - 1:18
**briefing** [3] - 2:20, 2:22, 2:24
**BRONSHTEIN** [6] - 1:14, 2:7, 2:16, 3:5, 3:19, 4:1
**Bronshtein** [2] - 2:8, 2:17
**BY** [1] - 1:21

## C

**calendar** [1] - 4:3
**CASE** [1] - 1:2
**case** [3] - 2:2, 2:18, 3:16
**certify** [1] - 4:9
**completed** [2] - 2:22, 2:24
**concluded** [1] - 4:4
**concludes** [1] - 4:2
**CONFERENCE** [1] - 1:11
**conference** [3] - 2:13, 2:19, 4:3
**counsel** [1] - 2:5
**course** [1] - 3:13
**COURT** [8] - 1:1, 2:12, 3:3, 3:9, 3:12, 3:21, 3:23, 4:2
**Court** [6] - 1:22, 1:23, 2:1, 2:18, 4:16, 4:17
**COURTROOM** [1] - 2:2

## D

**Dallas** [2] - 1:7, 2:4
**DARRIN** [1] - 1:11
**DATE** [1] - 4:16
**DC** [1] - 1:16
**December** [1] - 2:20
**decide** [1] - 2:23
**decided** [2] - 3:7, 3:8
**decision** [1] - 3:11
**defendant** [1] - 1:9

**DEFENDANT** [1] - 1:17
**DEPARTMENT** [1] - 1:15
**DEPUTY** [1] - 2:2
**Diaz** [1] - 4:15
**DIAZ** [2] - 1:22, 4:16
**dismiss** [2] - 2:21, 3:7
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [2] - 1:23, 4:17
**DIVISION** [1] - 1:2
**dog** [1] - 3:3
**down** [1] - 2:12
**Dunlap** [1] - 2:10

## E

**either** [1] - 2:23
**end** [1] - 3:4
**entitled** [1] - 4:11
**ESQ** [2] - 1:14, 1:17
**except** [1] - 3:13

## F

**FCRR** [2] - 1:22, 4:16
**February** [2] - 1:5, 4:15
**first** [1] - 2:14
**Floor** [2] - 1:24, 4:17
**FLORIDA** [1] - 1:1
**Florida** [4] - 1:4, 1:19, 1:24, 4:18
**FOR** [2] - 1:14, 1:17
**foregoing** [1] - 4:9
**Forest** [2] - 1:7, 2:4
**FPR** [2] - 1:22, 4:16

## G

**GAYLES** [1] - 1:11
**Goodman** [3] - 2:20, 2:23, 3:7
**Goodman's** [1] - 3:11
**government** [1] - 2:14
**Government** [1] - 3:18

## H

**hear** [3] - 2:14, 2:15, 3:4
**hereby** [1] - 4:9
**Honor** [5] - 2:7, 2:16, 3:19, 3:22, 3:25

**HONORABLE** [1] - 1:11
**Howard** [1] - 2:10
**HOWARD** [1] - 1:17

## I

**INTERNATIONAL** [1] - 1:15

## J

**January** [1] - 2:25
**JUDGE** [1] - 1:12
**Judge** [6] - 2:9, 2:19, 2:23, 3:7, 3:10, 3:11
**JUSTICE** [1] - 1:15

## K

**keep** [1] - 3:12

## L

**Lane** [2] - 1:7, 2:4
**LAUNDERING** [1] - 1:15
**lifted** [1] - 2:20
**limited** [1] - 3:6
**LOCATED** [1] - 1:7
**Located** [1] - 2:3

## M

**Magistrate** [2] - 2:19, 3:11
**Markoe** [1] - 2:10
**matter** [1] - 4:11
**MIAMI** [1] - 1:2
**Miami** [6] - 1:4, 1:19, 1:23, 1:24, 4:17, 4:18
**MONEY** [1] - 1:15
**morning** [3] - 2:7, 2:9, 2:12
**motion** [4] - 2:21, 2:23, 3:6, 3:8
**motions** [1] - 3:13
**MR** [9] - 2:7, 2:9, 2:16, 3:5, 3:10, 3:19, 3:22, 3:25, 4:1

## N

**name** [1] - 2:5
**need** [1] - 3:15
**NO** [1] - 1:2
**North** [2] - 1:23, 4:17
**nothing** [1] - 3:19

## O

**OF** [3] - 1:1, 1:4, 1:15
**official** [1] - 1:22
**Official** [1] - 4:16
**open** [1] - 3:15
**Order** [1] - 2:1

## P

**Pages** [1] - 1:8
**parties** [2] - 3:14, 3:15
**PATRICIA** [2] - 1:22, 4:16
**place** [2] - 3:6, 3:12
**plaintiff** [1] - 2:6
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 1:14
**plaintiffs** [2] - 2:11, 3:21
**point** [4] - 2:22, 2:24, 3:1, 3:8
**proceed** [1] - 3:16
**proceedings** [1] - 4:10
**Proceedings** [1] - 4:4
**Property** [1] - 2:3
**PROPERTY** [1] - 1:7
**purpose** [1] - 3:6

## R

**re** [1] - 3:15
**re-open** [1] - 3:15
**REAL** [1] - 1:7
**Real** [1] - 2:3
**recess** [1] - 3:23
**reconvene** [1] - 3:8
**RECOVERY** [1] - 1:16
**remain** [1] - 3:6
**REPORTED** [1] - 1:21
**Reporter** [2] - 1:22, 4:16
**represent** [1] - 2:11
**resolution** [1] - 3:13
**Rob** [1] - 2:10
**RPR** [2] - 1:22, 4:16

## S

**see** [1] - 2:13
**sense** [2] - 3:7, 3:10
**set** [2] - 2:12, 2:18
**SHAI** [1] - 1:14
**Shai** [2] - 2:7, 2:17
**sorry** [1] - 3:3

**SOUTHERN** [1] - 1:1
**SREBNICK** [6] - 1:17, 1:18, 2:9, 3:10, 3:22, 3:25
**Srebnick** [3] - 2:10, 2:15, 3:9
**starting** [1] - 2:5
**state** [1] - 2:5
**statement** [1] - 3:4
**STATES** [3] - 1:1, 1:4, 1:12
**States** [4] - 1:23, 2:3, 2:8, 4:17
**status** [3] - 2:13, 2:19, 4:2
**STATUS** [1] - 1:11
**stay** [4] - 2:20, 3:2, 3:5, 3:12
**stayed** [1] - 2:18
**STENOGRAPHER** [1] - 3:3
**STENOGRAPHICALLY** [1] - 1:21
**Suite** [1] - 1:19

# T

**Texas** [2] - 1:8, 2:4
**THE** [10] - 1:11, 1:14, 1:17, 2:12, 3:3, 3:9, 3:12, 3:21, 3:23, 4:2
**today** [1] - 3:17
**together** [1] - 2:10
**transcription** [1] - 4:10

# U

**U.S** [1] - 1:15
**UNIT** [1] - 1:15
**united** [1] - 1:23
**UNITED** [3] - 1:1, 1:4, 1:12
**United** [3] - 2:2, 2:8, 4:17

# V

**versus** [1] - 2:3
**view** [1] - 3:1
**vs** [1] - 1:6

# W

**Washington** [1] - 1:16

# Z

**Zaharah** [1] - 2:10